IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie McGehee,<br><br>        Plaintiff,<br><br>    v.<br><br>Jeff Isenhour, an individual;<br>Warehouse Demo Services, Inc., a<br>Washington corporation; COSTCO<br>Wholesale Corporation, a<br>Washington corporation; and Does<br>1 - 15, inclusive,<br><br>        Defendants.<br>_____ | 2:13-cv-01147-GEB-KJN<br><br>ORDER |

        I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455. All currently scheduled dates are vacated, and this action shall be reassigned.

Dated: August 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1