IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie McGehee, | ) |
|         Plaintiff, | )   2:13-cv-01147-GEB-KJN |
|     v. | )   ORDER |
| Jeff Isenhour, an individual; Warehouse Demo Services, Inc., a Washington corporation; COSTCO Wholesale Corporation, a Washington corporation; and Does 1 - 15, inclusive, | ) |
|         Defendants. | ) |

      I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455. All currently scheduled dates are vacated, and this action shall be reassigned.

Dated: August 22, 2013

*[Signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge

1